UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAMES DICKEY, also known as<br>Players1st Sports Management Group - SMG,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE,<br>NATIONAL FOOTBALL LEAGUE<br>MANAGEMENT COUNCIL, and NATIONAL<br>FOOTBALL LEAGUE PLAYERS<br>ASSOCIATION,<br><br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 17-cv-12295-IT |

ORDER
December 7, 2018

    Plaintiff James Dickey, proceeding *pro se*, seeks to set aside the court's Order of Dismissal [#33]. Pls. Mot. to Amend and Set Aside Order [#35]. Plaintiff provides no grounds sufficient for this extraordinary relief.

    Plaintiff claims that the court considered a later version of the collective bargaining agreement while the Plaintiff's allegations flowed from the earlier 2001 and 2011 versions. This assertion ignores the actual language of this court's memorandum and order, where the court, in addressing the motion to dismiss, relied on the facts as set forth in the Plaintiff's complaint, and on the 2011 collective bargaining agreement which was referenced in his complaint. See Mem. & Order [#32] 2-3, 12-13.[1]

---

[1] A copy of the 2011 agreement was submitted by counsel for Defendants National Football League and National Football League Management Council, who correctly asserted, without objection from Plaintiff, that the court may supplement the factual allegations by examining documents incorporated by reference in the complaint. Defs. Mem. [#17] at 7, n.1; see also Decl. of Timothy Muncogan ¶ 3 and Exh. 1.

2

Plaintiff's further arguments amount to no more than rehashing of his <u>Return to NFLPA Motions to Compel and Dismiss Complaint</u> [#28] and provide no basis for the relief he seeks.

IT IS SO ORDERED.

Date:   December 7, 2018                                              <u>/s/ Indira Talwani        </u>
                                                                      United States District Judge